UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

Civil Action No. 13-165-HRW

LUTHER CREECH,                                     PETITIONER,

v.                                     **ORDER**

CLARK TAYLOR, WARDEN ,
KENTUCKY STATE REFORMATORY,        RESPONDENT.

       Luther Creech filed, *pro se*, a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. United States Magistrate Judge J. Gregory Wehrman has issued a report and recommends that the Petition be dismissed [Docket No.12].

       Petitioner has filed objections [Docket No. 14]. The Court having reviewed the objections, as well as the record, finds nothing therein which would contradict or call into question the findings of the Magistrate. Thus, the Court shall adopt the report and recommendation as and for its own opinion.

       Accordingly, **IT IS HEREBY ORDERED** that the Magistrate Judge's report and recommendation [Docket No. 12] is hereby, **APPROVED and ADOPTED** as for the opinion of the Court. **IT IS FURTHER ORDERED** that the petition be **DISMISSED**, this matter **STRICKEN** from the docket of this Court and no Certificate of Appealability be issued.

This 14th day of November 2013.



_____
Henry R. Wilhoit, Jr., Senior Judge